# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

158200

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THOMAS WILLIAM WOOTEN,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158200
COA: 335860
Macomb CC: 2013-003648-FC

By order of February 4, 2019, the application for leave to appeal the June 12, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *Gamble v United States* (Docket No. 17-646).  On order of the Court, the case having been decided on June 17, 2019, 587 US ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019

Clerk

b0904